## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 815 - 5 | **DATE** | 1/8/2008 |
| **CASE TITLE** | USA vs. Gary Lindesmith | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant Gary Lindesmith enters plea of not guilty to all counts. Status hearing set for 2/15/2008 at 9:30. Defendant released on $4500 OR Bond. Excludable time to begin pursuant to 18:3161(h)(1)(F). (X-E)

Docketing to mail notices.

00:09

| | Courtroom Deputy Initials: | ETV |
|---|---|---|