

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

United States
v.
Gary Lindesmith

Case Number: 07 CR 815-5

Judge Pallmeyer

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Gary Lindesmith

FILED
JAN 0 8 2008
TG

JAN 0 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Elliot Samuels | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Elliot Samuels | |
| FIRM <br> Law Office of Elliot Samuels | |
| STREET ADDRESS <br> 30 S. Wacker Drive, Suite 2300 | |
| CITY/STATE/ZIP <br> Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 2449714 | TELEPHONE NUMBER <br> 312 357-0590 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ✓   APPOINTED COUNSEL ☐ | |