**FILED**

JAN 0 8 2008

AO 455 (Rev. 5/85) Waiver of Indictment

JUDGE REBECCA R. PALLMEYER
UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT

\_\_\_\_NORTHERN\_\_\_\_ DISTRICT OF \_\_\_ILLINOIS, EASTERN DIVISION\_\_\_

UNITED STATES OF AMERICA

v.                              **WAIVER OF INDICTMENT**

GARY LINDESMITH

**CASE NUMBER**: 07 CR 815 -- 5

I, Gary Lindesmith, the above named defendant, who is accused of

violating 18 U.S.C. §§ 1343, 1346

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on JAN. 8, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**FILED**

JAN 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____
Defendant

_____
Counsel for Defendant

Before _____
          Judicial Officer