UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 815 - 5 |
| v. | ) | |
| | ) | Judge Rebecca R. Pallmeyer |
| GARY LINDESMITH | ) | |

**ORDER**

Having reviewed and considered the agreed motion of the parties for time to be excluded, the Court hereby finds that: a) plea negotiations are "other proceedings" pursuant to 18 U.S.C. § 3161(h)(1); and b) because plea discussions can assist the parties in making critical decisions regarding this matter, the ends of justice served by excluding time for such discussions outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, the Court hereby orders that the time from January 8, 2008, until the status hearing on February 15, 2008, is excluded under both 18 U.S.C. § 3161(h)(1) and 18 U.S.C. § 3161(h)(8)(A) and (B).

IT IS SO ORDERED:

_____
Rebecca R. Pallmeyer
United States District Judge

Dated: _____