## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 815 - 5 | **DATE** | 1/14/2008 |
| **CASE TITLE** | USA vs. Gary Lindesmith | | |

**DOCKET ENTRY TEXT**

Agreed motion for time to be excluded pursuant to 18 U.S.C. § 3161(h)(1) and (h)(8)(A) [34] granted. Excludable time to begin and end on the status hearing set for 2/15/2008. Order excludable time to begin pursuant to 18:3161(h)(1))(I) for plea negotiations. Order excludable time to begin pursuant to 18:3161(h)(8)(A)(B).  (X-T) (X-7)

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|