## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 815 - 5 | **DATE** | 3/6/2008 |
| **CASE TITLE** | USA vs. Gary Lindesmith | | |

**DOCKET ENTRY TEXT**

Status hearing held on 3/6/2008. Arraignment and change of plea hearing set for 4/7/2008 at 10:00. Order excludable time to begin pursuant to 18:3161(h)(1))(I) for plea negotiations. (X-7)

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|