# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 815 - 5 | **DATE** | 4/7/2008 |
| **CASE TITLE** | USA vs. Gary Lindesmith | | |

**DOCKET ENTRY TEXT**

Arraignment held on Second Superseding Information. Defendant enters plea of guilty to Count Iss. Defendant informed of rights. Judgment of guilty entered. Cause referred to the probation office for a presentence investigation. Sentencing set for 7/11/2008 at 12:00 PM. Order same bond to stand.

Docketing to mail notices.

00:26

| | Courtroom Deputy Initials: | ETV |
|---|---|---|