

FILED
APR 7, 2008
APR 0 7 2008

AO 455 (Rev. 5/85) Waiver of Indictment

~~JUDGE REBECCA R. PALLMEYER~~
UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT

<u>     NORTHERN     </u> DISTRICT OF <u>     ILLINOIS,   EASTERN DIVISION     </u>

UNITED STATES OF AMERICA

v.

GARY LINDESMITH

**WAIVER OF INDICTMENT**

CASE NUMBER: 07 CR 815 -5

I, <u>Gary Lindesmith</u>, the above named defendant, who is accused of

violating 18 U.S.C. §§1341, 1346

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on <u>April 7, 2008</u> prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer