# EXHIBIT 1

United States District Court
Northeastern Division
Honorable Judge Rebecca R. Pallmeyer
Room 2178
219 South Dearborn St.
Chicago, IL 60604

The Honorable Judge R. Pallmeyer,

My name is Rachel Lindesmith. I live at 311 S. Court St. Condo # 311 Crown Point, IN 46307. I am 26 going on 27 and I am the parts manager at Lindco Equipment Sales, Inc. I am the proud daughter of Gary and Noreen Lindesmith.

I am aware of the offense that my father has committed and was shocked and upset by this. My parents are both God-centered, very honest, hard working people that have always abided by the rules. My Dad has always been there for all of us. He is a very caring and forgiving man that always puts his family first.

Growing up, my parents were always very committed and supportive of my brother and mines education and sports. Anytime I needed help with homework or a school project, they where there to help. My dad specialized in the helping of history and anything creative. Of all my years of cheerleading, 12 years to be exact, they missed 1 game. My 4 years of basketball and softball, not one. My dad worked hard all day and never let that prevent him from being involved in his children's everyday lives and activities. They provided us with a great childhood. I had many friends that grew up rarely every seeing their fathers and I am truly blessed that I did not have to grow up that way. My parents always have and will always be a huge part of my life. We work together all week long and I still love to spend time with him and my Mom on the weekends. We go on family vacations together, go to church together every weekend and I still stay at their house every Monday night. So many people are amazed by this and think that I am crazy. They all say that they could never spend that much time with another family member. But it always feels good to be home.

My Dad was also very involved in the community when we lived in Bolingbrook. Where he got the time, I don't know, but he made it happen. He took time to give back to the community. He and some friends built the tee ball fields at the Bolingbrook Park District. He was President of Trojan Football and later President of Pop Warner football for the Chicagoland area. He grew the Trojan Football organization to the largest it ever was, providing kids with something productive to do to keep them out of trouble. These were all things that he did for the community and enjoyed doing them.

For a 2-year period at Lindco Equipment Sales, Inc., I did outside sales. My Dad has been in this industry for many, many years and I was calling on a lot of accounts that used to be his. I was a little concerned when I started doing this because (as much as I hate to say it) it is pretty much a man's industry. I didn't know what to expect and how to handle it. My Dad gave me a lot of encouraging advice, but what was most encouraging was meeting the customers and them all saying, "I know your dad." I can not even count how many times I heard this. And they all said the same thing. "How is he?" "He is a great guy and always took good care of us." They all like my Dad. It was a great icebreaker for me and extremely relieving.

In closing, I would just like to say that everyone makes mistakes. It's not about the mistakes that we make, but how we feel about those mistakes and what we learn from them. I know without a doubt that my Dad is truly sorry and I can confidently say that I am 110% sure that he would never do something like this again.

Thank you for taking the time to read this letter.

Sincerely,

Rachel A. Lindesmith
5/2/2008

May 8, 2008

United States District Court
Northeastern Division
Honorable Judge Rebecca Pallmeyer
Room 2178
219 South Dearborn Street
Chicago, IL 60604

The Honorable Judge R. Pallmeyer,

Hello. My name is Noreen E. Lindesmith. I reside at 17445 Hawthorne Drive, Lowell, IN 46356. I am 49 years old and I am President of Lindco Equipment Sales.

Gary and I have been married since November of 1977. We started dating our sophomore year of high school and as they say "the rest is history". We have two children, our son Daryl, who is 30 years old and our daughter Rachel, who is 26 years old.

I am aware of the offense that Gary has admitted to and was very surprised. I can never imagine him doing anything to jeopardize his family, employees, customers/vendors or the business that he has worked so hard to get off the ground. Gary cashed in his 401K to start our business, which to this day when our accountant thinks about it, it gives her goose bumps. With everything we had financially invested and being "new" at owning a business, the offense Gary has admitted to I can honestly say I believe was due to being naïve.

Gary has always been an honest and open person. Extremely hard working. A great father and husband and family is very important to him. Gary coached our children in several different sports they were involved in and continued coaching even after our children had graduated. He has devoted a lot of time and energy to the youth of the community. He has always been a wonderful provider and he is a good Christian man who is very involved at our church. He is a very giving and caring man who will do whatever he can to help someone out.

I know Gary is very sorry for his actions and has asked for forgiveness.

There have been many lessons that God has taught not only Gary, but myself as well from this experience. And one thing I can assure you with total confidence is that he will never be in trouble with the law again!

Thank you for your time in this matter.

Respectfully,

Noreen Lindesmith

May 8, 2008

United States District Court
Northeastern Division
Honorable Judge Rebecca R. Pallmeyer
Room 2178
219 South Dearborn Street
Chicago, Illinois 60604

The Honorable Judge R. Pallmeyer

Hi. My name is Daryl Wayne Lindesmith. I am the son of Gary Lindesmith. I am thirty years old and I live in Crown Point, IN with my wife, Nanette, and my daughter, Brooke. My wife and I are expecting a second child late July. I work for Lindco Equipment Sales, Inc. as a Regional Sales Manager. I have been with the company going on 8 years.

I am aware of the charges my Dad has admitted to and I was very surprised when he told me and my family about them.

Growing up my Dad was always very involved with activities that my sister and I participated in, such as sports, extra curricular activities, school work, etc. He coached both my sister and me in the different sports we played. He loved coaching and he wanted all the kids he taught to succeed and he worked to bring the best out of all of them. In fact, even after my sister and I had moved on to the high school level he continued to coach. As a coach his focus wasn't strictly on the sport he was coaching either. The kids he coached had to show up on time, work hard, and perform well in school, the same expectations he had for my sister and me. He was/is a great coach and parent.

My Dad is really disappointed in himself for getting involved in this situation and I know that if something like this were presented in front of him again he wouldn't hesitate to turn the other way.

Daryl W. Lindesmith

May 8, 2008

United States District Court
Northeastern Division
Honorable Judge Rebecca R. Pallmeyer
Room 2178
219 South Dearborn Street
Chicago, Illinois 60604

The Honorable Judge R. Pallmeyer

Hi my name is Nanette Lindesmith. I am thirty-one years old and I am the daughter-in-law of Gary Lindesmith. I am a registered nurse at St. James Hospital Chicago Heights in the Intensive Care Unit. I have been with St. James Hospital for 7 years. I live in Crown Point, IN with my husband, Daryl, and our 3 year old daughter Brooke. We are expecting our second child, a son, end of July.

I have known Gary for 15 years, since Daryl and I started dating in high school. He has always made me feel like part of the family from the very beginning. I look up to him as a father. Over the years our relationship has grown into a close father/daughter relationship. I could not have chosen a better family to marry into than the Lindesmith family. I have seen him provide and care for his family in time of need. I have witnessed his involvement and dedication with his kids sports activities and education through the years. I have watched him grow and stay committed in his faith. I continue to admire his dedication to his family and church family without hesitation. All of these character traits of my father-in-law make him an extraordinary man.

My father-in-law would never do anything to purposefully hurt himself or his family. He has worked very hard to build Lindco to where it is today. He would never make decisions or actions that would purposefully jeopardize the future of his work, family, or career. In regards to the charges against him, he is very sorry that this has happened and wants to do whatever it takes to put it behind him and to continue to move forward.

I feel that my father-in-law is sorry for what he has done. I do not see him getting in any trouble like this again. He has learned from his mistakes and is willing and ready to take responsibility for them. That in itself is a true sign of character.

Respectfully Submitted,

Nanette Lindesmith RN, BSN

United States District Court
Northeastern Division
Honorable Judge Rebecca R. Pallmeyer
Room 2178
219 South Dearborn St.
Chicago, IL 60604

The Honorable Judge R. Pallmeyer,

Hello. My name is Phillip Michael Quiroz. I reside at 311 S. Court Street Condo 302
Crown Point, IN 46307. I am 33 years of age. I am a sales consultant for Paulson Oil
Company in Chesterton, IN. I have known Gary for almost 4 years now and am his future
son-in-law.

I am aware of Gary's offense and was shocked to learn of this. I supply fuel and
lubricants to the trucking industry and know many of the same customers in Northwest
Indiana as Lindco. What I have always heard from these customers is that Lindco and
Gary are great to deal. They are known for their great products and outstanding support
and knowledge.

As far as Gary on a personal and business level, he is very much an honest guy. He is a
man that is very dedicated to church, family and work. He puts his all into everything. He
is extremely involved in the church serving in several different ministries, such as the
counting ministry and the children's ministry. He spends a lot of time with his family
outside of work. I have had the opportunity to spend a lot of time with Gary and his
family and from day one was always made to feel a part of their family. As for work, he
put everything on the line to start up a company to provide opportunities not only for
himself, but for Daryl and Rachel, their future children and many other families. This is
something that he has said on several occasions.

Sometimes people find themselves in situations that are not the smartest situations. This
whole situation has been very stressful for Gary and his family. He is very regretful and
sorry that this happened and has prayed much about this. He not only has asked God to
help him to get through this, no matter the outcome, but has most importantly asked for
forgiveness. That is how I can say that I know that he would never do anything like this
every again.

Thank you for taking the time to read this letter. I hope that this gives you a better
understanding of the man that Gary really is.

Sincerely,

Phillip M. Quiroz

# EXHIBIT 2

 **Terry McMahon & Co., P.C.** CERTIFIED PUBLIC ACCOUNTANTS

1640 - 45th Street ▪ Munster, Indiana 46321 ▪ PHONE: 219.924.3450 ▪ FAX: 219.924.1640 ▪ E-MAIL: info@terrymcmahon.com

May 9, 2008

United States District Court
Northeastern Division
Honorable Judge Rebecca R. Pallmeyer
Room 2178
219 South Dearborn Street
Chicago IL 60604

The Honorable Judge R. Pallmeyer:

My name is Karen McMahon, I am age 45 and have been the accountant for Gary Lindesmith and his corporations since 2001. I am aware of Mr. Lindesmith's situation and must admit that I was taken by surprise. During my years of working with Mr. Lindesmith, his conduct has been one of professionalism and integrity. I would not have anticipated such a situation to arise.

Mr. Lindesmith began his business venture by cashing in his retirement account and investing the funds as well as his personal energies into providing quality services for local municipalities and jobs for several individuals. His completed business plan that was presented to the Small Business Administration, to assist with the financing of the business venture, was just one component that proved his commitment to launching a successful business.

During the term of my professional relationship with Mr. Lindesmith, I have found him to be an honest businessman. In my opinion, this legal situation was the result of a young, new business professional looking to build his customer base and slightly naive to the consequences his actions would cause.

If you have any questions, please feel free to contact me.

Respectfully submitted,

*Karen McMahon*

Karen McMahon
Account Manager

United States District Court
Northeastern Division
Honorable Judge Rebecca R. Pallmeyer
Room 2178
219 South Dearborn Street
Chicago, Illinois 60604

The Honorable Judge R. Pallmeyer,

My name is Paul Dieck and I reside at 11114 Durbin Place in Crown Point, Indiana 46307. I am twenty eight years old and am employed by Lindco Equipment Sales in Merrillville Indiana as the Shop Operations Manager.

I have known Gary Lindesmith for approximately two years now. We met initially at the church that we both currently attend; little did I know that Gary would be my future employer.

The reason that I chose to come and work at Lindco was because of Gary's honest and open approach to things. He has a genuineness that is very hard to find in an employer these days and I appreciate that he does not hold anything back. God has become a guiding light in his life and he daily strives to walk closer with Him.

With all of this being said, I was quite shocked after hearing about the offense that Gary is currently facing. I honestly believe that this type of thing is all in the past and nothing of this nature will ever occur again. Gary takes his Christianity very seriously and since becoming a Christian has surrounded himself with people who hold each other accountable, not only to each other but to God's commands for us.

Gary has been an encouragement and inspiration for me through many different situations and continues to be.

Sincerely,

Paul Dieck

May 10, 2008

Honorable Judge Rebecca R. Pallmeyer
Room 2178
219 South Dearborn Street
Chicago, IL 60604

The Honorable Judge Rebecca R. Pallmeyer,

My name is Mike Berwanger, I am 28 years old, and I have known Gary Lindesmith going on 2 years. I worked as an Assistant Golf Professional at Youche Country Club, where Gary was a member. Currently I work for Gary as a Sales representative for Lindco Equipment Sales.

While working at Youche Country Club Gary was one of my favorite members. He was always one of those guys that were in a good mood. No matter when you saw him, or what time of day, he always greeted you with a smile. Which from my prospective is a rarity. Working in the golf business you run across a lot of members that think they are of a higher class and aren't afraid to let you know it. This was not the case with Gary, which is one of the reasons I went to work for him. While at the golf course Gary asked me what my plan for employment was next year. Since my wife was pregnant, and being an Assistant Golf Professional was barely paying the bills, I decided to make a career change for the betterment of my family. I could not have done this without Gary. When the golf season ended in October I was going to start my new job with Lindco in January. I received a call from Gary one day wanting to meet with me at Lindco. It was then that he informed me of his legal issue. I have to admit I was shocked. However, it is not often that a person has the decency to be upfront and honest. Gary told me that he understood if I did not want to accept this job based on a moral dilemma. I respected the way that Gary was honest with me. He could have chosen to keep this matter quiet, but he put all his cards out on the table.

Having worked with Gary and his family over the last 5 months, and seeing first hand their beliefs and values, I have the utmost confidence that Gary will not find himself in trouble with the law again. I would not have staked the future of my family with someone I didn't believe in.

Sincerely,

Mike Berwanger

**James Sohacki**

1420 E. 89th Ave ~ Building A ~ Merrillville, IN 46410
{219} 769-4737 ~ Fax {219} 736-9300

---

April 28, 2008

United States District Court
Northeastern Division
Honorable Judge Rebecca R. Pallmeyer
Room 2178
219 South Dearborn
Chicago, Il 60604

The Honorable Judge R. Pallmeyer,

My name is James Sohacki, I am 56 years old and president of KLR
Property Management, Inc., in Merrillville, Indiana. I have been in this
business for over 25 years and have personally known Gary Lindesmith for
7 of them when he became a tenant of mine in 2001.

I can confirm that Gary is a man of great integrity and is extremely
dedicated to his family, friends and work. Because of his values and
honesty, our business relationship turned into a personal friendship, which I
truly cherish. I always look forward when we get together for a chat every
few weeks.

I was in total disbelief when I heard what Gary had been charged with, and
believe that he would never knowingly put himself in such a position again.
For the years that I have know Gary, his reputation and honesty have
always been exemplary.


Yours truly,

James Sohacki



May 5, 2008

United States District Court
Northeastern Division
Honorable Judge Rebecca R. Pallmeyer
Room 2178
219 South Dearborn Street
Chicago, Illinois 60604

The Honorable Judge R. Pallmeyer,

My name is Stephen Howard Rider, I am 55 years old, and I reside at 721 Monterra, Cape Girardeau MO. 63701. I am the Vice President and General Manager of Viking-Cives, Midwest in Morley Missouri, a company the manufactures truck equipment which is primarily sold to Municipal entities.

I have known Gary Lindesmith since January 1999 when Gary was working for Scherrer Truck Equipment. At that time our companies entered into a manufacture and dealer relationship. I worked with Gary extensively during this period; I have always been impressed with Gary's work ethic, professionalism, and trustworthiness. In my dealings with Gary his word has always been good, so when Gary started Lindco Equipment I was pleased to continue our business relationship with his new company.

I am aware of the offenses that Gary is facing and what he has admitted to, my first reaction to this news was it seemed unfair and I expected Gary to be cleared of any wrong doing. I am in a similar business to Gary and I am aware of the pressures some customers put on vendors, this has been a wake up call for many of us. In my experience Gary Lindesmith is a very honest and trustworthy person and has taken responsibility for his actions, I am positive he will never let this situation occur again.


Sincerely,

Stephen H. Rider

*Stephen H. Rider*

Vice President & General Manager
Viking-Cives, Midwest

---

Kevin T Smith
406 Mulberry Court
Lake Villa IL 60046
847-838-9856

Honorable Judge R. Pallmeyer
United States District Court

Northeastern Division

Honorable Judge Rebecca R. Pallmeyer

Room 2178
219 South Dearborn Street

Chicago IL 60604

Dear Honorable Judge Pallmeyer,

My Name is Kevin Thomas Smith. I am 45 years of age and employed at Certified Power, Inc. as Vice President of Sales and Marketing. I am also one of the principal owners of Certified Power, Inc.

I have known Gary Lindesmith both personally and professionally for over 10 years.

I am aware of the offense Gary is accused of. I was surprised when I heard the news as this seems completely out of character for Gary in my opinion.

Gary and I have had many business dealings in the past and he has always approached every deal with honesty and integrity. Besides our business relationship, I consider Gary and his family close friends.

As a distributor for Certified Power, Gary's company, Lindco, represents us. There have been many occasions when Gary has met with clients and potential clients and spoken on our behalf. This happens routinely because I believe Gary approaches clients in the same manner I do, with honesty and integrity and I have never had any reservations in him doing so.

I am writing this letter on Gary's behalf because I believe whatever the past circumstances, Gary and I will continue our relationship both in business and personally in a manner of trust and mutual respect.

Please feel free to contact me at anytime if you would like any further information.

Sincerely,

Kevin T. Smith

# TOWN OF CHESTERTON

### STREET DEPARTMENT

726 Broadway • Chesterton, Indiana 46304
Phone: 219-926-2222
Fax: 219-926-1684



May 5, 2008

Judge Rebecca R. Pallmeyer
United States District Court
Northeastern Division
Room 2178
219 South Dearborn Street
Chicago, Ill 60604

The Honorable Judge Pallmeyer:

My name is John Schnadenberg of 609 Grant Avenue, Chesterton, IN 46304. I am 48 years old, and my position with the Town of Chesterton is Street Commissioner for the past 22 years.

I have known Mr. Gary Lindesmith for the past 18 to 20 years, and I have worked with him on building truck bodies and snow plow equipment for the Town. I am aware of the offense that Mr. Lindesmith is facing, but I have found Gary to be a very decent and honest person in all of my dealings with him over the years. I have always had a very positive business relationship with Gary.

This has been an unfortunate set of circumstances. I truly believe you will never find Gary in a situation such as this again. I have talked with him at length, and I feel very strongly that given the chance, he will prove this.

Sincerely,

JOHN SCHNADENBERG
Street Commissioner

Ron Coffman
7027 Lenburg Rd
Portage, IN 46368

United States District Court
Northeastern Division
Honorable Judge Rebecca R. Pallmeyer
Room 2178
219 South Dearborn Street
Chicago, IL 60604

May 6, 2008

The Honorable Judge Rebecca R. Pallmeyer:

My name is Ron Coffman, I am 48 years old and work as a Sales Manager for a Truck
Dealership in Northwest Indiana.  I am aware of the charges that Gary is facing. I have
known Gary Lindesmith since 1986, when I started selling trucks. Over the last 22 years,
Gary and I have formed an excellent business relationship as well as a close friendship.
While working and socializing with Gary over the last 22 years, I have observed him
interacting with his wife, children, other friends and business associates. He is a good
husband, caring father and ethical businessman. He was very involved with coaching his
son's sports and has stayed very involved with his church.

Though, Gary has admitted to this offense, I believe that he was put into a position that
he was not aware of the implication of his actions. I am sure that he will never be put in
this situation again. Gary is an honest, decent man and deserves any extra consideration
that you can give him. I will continue to do business with Gary and his company no
matter the outcome of his case.


Respectfully,

Ron Coffman
General Sales Manager

May 6, 2008

RE: Gary Lindesmith

Honorable Judge R. Pallmeyer
United States District Court
Northeastern Division
Honorable Judge Rebecca R. Pallmeyer
Room 2178
219 South Dearborn Street
Chicago, IL 60604

The Honorable Judge R. Pallmeyer,

I am currently 41 years old and have been working in a sales capacity for the past 13 years. I met Gary Lindesmith in December of 2005 when I began calling on him as a customer of our mobile hydraulics and controls. He has since been a business acquaintance as well as a personal friend of mine. Gary has been a loyal customer over the past two and a half years making joint sales calls and working closely with me to promote both of our companies' product offerings to the marketplace.

A few months ago I was made aware of the situation Gary found himself in regarding the City of Bolingbrook, a mutual customer of ours. I was very surprised by these allegations. Having worked closely with Gary over the past couple years strategizing about how to retain old customers as well as gain new market share, he has never alluded to any sales methods or activities that would be considered morally, ethically, or legally improper. Gary has always conducted himself in a professional manner with a high degree of integrity.

Gary has worked hard over the past 6 years or so to build a reputable business in the truck equipment industry. His customers know that they will be treated fairly and that Gary will work hard on their behalf to meet their needs. Gary has earned this reputation with his customers and vendors alike and is rewarded with their loyalty and support.

I find it difficult to believe that Gary would knowingly be involved in any illegal activities such as those with the City of Bolingbrook. I have spoken with many of our mutual customers who feel the same as I do, and that is Gary will continue to enjoy my friendship, confidence, and trust that he has earned over the time we have known one another.

Respectfully,

Lonnie Yingst

738 RICHARDS STREET
GENEVA, IL 60134

David W. Burgess
9003 Liable Road
Highland, IN 46322

May 6, 2008

United States District Court
Northeastern Division
Honorable Judge Rebecca R. Pallmeyer
Room 2178
219 South Dearborn Street
Chicago, Illinois 60604

The Honorable Judge R. Pallmeyer

My name is David W. Burgess, I'm 46 years old, married for 19 years and I have one daughter. I'm a Branch Manager for Chicago International Trucks. I've spent the last 23 years in the retail truck business. I have known Gary Lindesmith for over twenty years. I've had numerous business deals with Gary and he has always been professional. I have had business deals that I have bid with and against the companies that Gary represented. Gary has always treated me fairly & professionally whether I used his company or not. I have had dinner with Gary & his wife, I have played golf with Gary & his son, I would say I know Gary very well. I have never suspected Gary of doing anything illegal. He has worked hard all his life to become a successful businessman & I admire that.

I am aware of the allegations against Gary and I am very surprised that a vendor would be considered the criminal instead of the victim. It seems to me the person that received the donations should be investigated. Almost every politician I know solicits donations. I am sure Gary has learned a valuable lesson from all of this and I believe he will never let himself be put in this situation again.

Sincerely,

David W. Burgess

United States District Court
Northeastern Division
Honorable Judge Rebecca R. Pallmeyer
Room 2178
219 South Dearborn Street
Chicago, Illinois 60604

The Honorable Judge R. Pallmeyer
My name is Richard J Domonkos. My address is 11079 Oregon Lane. Crown Point
Indiana 46307. I am 42 years old and employed as a Training Specialist for Purdue
University, Indiana Local Technical Assistance Program, West Lafayette, Indiana.
Previous to my position with Purdue University I was employed by the Lake County
Highway Department, in Crown Point Indiana. I managed the fleet operations for Lake
County along with operations and maintenance of the equipment and facilities. I have
known and worked with Gary Lindesmith since 1998 in a professional capacity, and have
considered him a close and personal friend for most of the last 8 years. I first learned of
the charges filed against Gary from the local newspaper, Gary confirmed that charges had
been filed and has since made me aware that he has admitted to the charges. My first
reaction was surprise; I have known Gary for many years and have only known him to be
an honest and hard working businessman and family man. After some time I came to
realize that I may not have understood the pressures he may have been under when he
began his business, and that I could have been more supportive as a friend. I personally
believe that the decisions Gary made in the past were regrettable and painful, those
decisions may affect him professionally, I'm sure they have affected him personally. I
can only hope others at this difficult time can see Gary as I have for years, as an honest
and hard working man who is deeply committed to his family and has been involved in
his community wherever he has lived. I firmly believe that these type of actions give all
public works officials a bad reputation, and that the discretions of a few should not
overshadow the dedication, devotion to duty and integrity of so many others, and I
strongly believe that Gary would never again betray that trust.

Respectfully,

Richard J Domonkos

April 30, 2008

United States District Court
Northeastern Division
Honorable Judge Rebecca R. Pallmeyer
Room 2178
219 South Dearborn Street
Chicago, IL  60604

The Honorable Judge R. Pallmeyer,

### Gary D. Lindesmith

My name is Robin Bradley and I am 46 years old.  I have served as Manager/Treasurer of
BASE Federal Credit Union in Merrillville for 11 years.  As a member of the Merrillville
Chamber of commerce I have served on many committees and as an Ambassador.   As
manager of BASE Federal Credit Union I am a very active Board member of the
Northwest Indiana Chapter of Credit Unions. A Northwest Indiana resident all my life, I
have volunteered in many additional organizations and non-for profit associations.

I have known Gary Lindesmith for five years as a brother in Christ at Bethel Church.
Through Bethel's small group ministry, Kinship, I can confirm that he is a man of great
integrity, is extremely dedicated to his faith, family, and work ethics.

On both a personal level and from a business relationship, I believe strongly, Gary is the
meaning of integrity.  With many years in the business world if I have the opportunity to
do more business with Gary I would not hesitate!  I would trust him with just his word
and a handshake!  Morally and ethically I believe he is a great example for the business
community and I feel confident that this matter will be settled in his favor.

Yours faithfully,

Robin Bradley
8409 Marshall Place
Merrillville, IN  46410

# EXHIBIT 3

## COMMUNITY INVOLVEMENT RESUME

| YEAR | ORGANIZATION | POSITION |
|------|-------------|----------|
| 1979 | Roselawn Little League | Manager |
| 1980 | Roselawn Little League | Manager |
| | | Vice President |
| | North Newton Pop Warner | Co-Founder |
| | | President |
| 1981 | North Newton Pop Warner | President |
| 1983 | Bolingbrook Tee Ball Association | Head Coach |
| | Bolingbrook Soccer Club | Head Coach |
| 1984 | Bolingbrook Tee Ball Association | Equipment Manager |
| | | Head Coach |
| | | New Complex Chairman |
| | Bolingbrook Jaycees | Personnel Director |
| | | Pitch, Hit & Run Project Manager |
| | | Punt, Pass & Kick Project Manager |
| | Bolingbrook Trojan Pop Warner | Head Coach |
| 1985 | Bolingbrook Tee Ball Association | President |
| | | Head Coach |
| | Bolingbrook Jaycees | Personnel Director |
| | | Pitch, Hit & Run Project Manager |
| | | Punt, Pass & Kick Project Manager |
| | Bolingbrook Trojan Pop Warner | Treasurer |
| | | Head Coach |
| | New American Homes Association | President & Co-Founder |
| 1986 | Bolingbrook Tee Ball Association | President |
| | | Head Coach |
| | Bolingbrook little League | Asst. Coach |
| | Bolingbrook Jaycees | Personnel Director |
| | | Pitch, Hit & Run Project Manager |
| | | Punt, Pass & Kick Project Manager |
| | Bolingbrook Trojan Pop Warner | President |
| | | Head Coach |
| | New American Homes Association | President |
| 1987 | Bolingbrook little League | Asst. Coach |
| | Bolingbrook Jaycees | Personnel Director |
| | | Pitch, Hit & Run Project Manager |
| | | Punt, Pass & Kick Project Manager |
| | Bolingbrook Trojan Pop Warner | President |
| | | Head Coach |
| | Bolingbrook Athletic Association | Board member at Large |
| | New American Homes Association | President |
| 1988 | Bolingbrook little League | Head Coach |
| | Bolingbrook Jaycees | Member |
| | Bolingbrook Trojan Pop Warner | President |
| | | Head Coach |
| | Bolingbrook Youth Basketball | Head Coach |

| | | |
|---|---|---|
| 1989 | Bolingbrook Trojan Pop Warner | President |
| | | Head Coach |
| | Chicagoland Youth Football Conference | Vice President |
| 1990 | Bolingbrook Trojan Pop Warner | President |
| | | Head Coach |
| | Chicagoland Youth Football Conference | Vice President |
| 1991 | Bolingbrook Trojan Pop Warner | President |
| | | Head Coach |
| | Chicagoland Youth Football Conference | Vice President |
| 1992 | Bolingbrook Trojan Pop Warner | President |
| | | Head Coach |
| | Valley View District Educational Com. | Vice Chairman |
| | Chicagoland Youth Football Conference | Vice President |
| 1993 | Bolingbrook Trojan Pop Warner | President |
| | | Head Coach |
| | Chicagoland Youth Football Conference | Vice President |
| 1994 | Bolingbrook Trojan Pop Warner | President |
| | | Head Coach |
| | Chicagoland Youth Football Conference | Vice President |
| 1995 | Bolingbrook Trojan Pop Warner | President |
| | | Head Coach |
| | Chicagoland Youth Football Conference | President |
| 1996 | Bolingbrook Trojan Pop Warner | Head Coach |
| | Chicagoland Youth Football Conference | President |
| 1997 | Bolingbrook Trojan Pop Warner | Head Coach |
| | Chicagoland Youth Football Conference | President |
| 1998 | Chicag oland Youth Football Conference | President |
| | Mid-America Pop Warner Region | Vice Regional Director |
| 1999 | Southlake Pop Warner | Coach |
| 2000 | Southlake Pop Warner | Coach |
| 2006 | Southlake Pop Warner | Coach |

## VARIOUS AWARDS & RECOGNITIONS

| | |
|---|---|
| 1984 & 1985 | Bolingbrook T-Ball Champions |
| 1988-1994 | Chicagoland Pop Warner Conference Football Champions |
| 1988, 90, 91, 92, 93, 94, 97 | Mid America Pop Warner Regional Football Champions |
| 1988, 90, 97 | Pop Warner National Championship-Runner Up |
| 1994 & 96 | Pop Warner National Champions |

| | |
|---|---|
| 1985 | Bolingbrook Jaycees President's Award of Honor |
| 1986 | Bolingbrook Jaycees President's Award of Honor |
| 1987 | Bolingbrook Jaycee Distinguish Service Award for Outstanding Young Man of the Community |
| 1988 | Bolingbrook Jaycees President's Award of Honor |
| 1989 | Bolingbrook Jaycee Distinguish Service Award for Outstanding Young Coach of the Community |
| 1990 | Bolingbrook Jaycee Distinguish Service Award for Outstanding Young Coach of the Community |
| 1993 | Bolingbrook Trojans Distinguish Service Award |
| 1993 | Bolingbrook's Citizen of the Year |
| 1994 | Bestowed Honorary Membership to the Dupage Township Committee on Youth |
| 1996 | Honored by the Chicagoland Youth and Fundamentals Football Clinic |
| 1998 | Mid America Pop Warner Littler Scholars Male Volunteer of the Year |

## OTHER ITEMS

| | |
|---|---|
| 1988 | Football Team was Featured on ESPN |
| 1989 | Football Team was featured on CBS Sunday Today Show |
| 1990 | Football Team was featured on Nickelodeon |
| 1992 | Japan Professional Football Delegates visited football practice |
| 1991 | Football Team was featured on CBS Sunday Today Show |
| 1995 | Football team featured on ESPN |

## OTHER COMMUNITY INVOLVEMENT ITEMS

| | |
|---|---|
| 1980 | Co founded North Newton Pop Warner Program |
| 1984 | Organized, designed and raised $70,000 in 90 days to construct a special T-Ball complex that was feature on WBBM-TV Two on Two. |
| 1985 | Co founded New American Home Owners Association. Spear headed having the park district put a park in the neighborhood. |
| 1988 | Personally guaranteed a $150,000 loan for football complex improvements. |
| 1991 | Personally guaranteed a second loan for $210,000 for more football complex improvements. |

## CHURCH INVOLVEMENT

| | |
|---|---|
| December 2003 | Started attending Bethel Church in Crown Point, Indiana |
| March 2004 | Accepted Jesus Christ as my Savior |
| July 2004 | Baptist in Lake Michigan |
| January 2007 | Joined Church Membership |
| Tithe | $400.00 per Week |
| Missionary | Support Widup Family in Vanuatu, South Pacific, $100.00 per Month |
| Children Ministry | Class Helper<br>Take family/children security photos<br>Work front counter |
| Communion | Help with serving communion |
| Greeting Ministry | Usher – second Saturday night of each month |
| Counting Ministry | Count collection and do bank deposit 3rd and 4th Sunday of each month |
| Christmas Décor Group | Help set up and take down all Christmas decorations each year |
| Kinship Group | Bible Study group member |
| Sunday School | Attend on Sunday mornings.  Current Class "Bible Doctrine 101" |

# EXHIBIT 4

**Due to size in megabytes,
color copies of photos
provided with hard copies only**

# EXHIBIT 5



# Bormann Funeral Home

United States District Court
Northeastern Division
Honorable Judge Rebecca R. Pallmeyer
Room 2178                              25 April, 2008
219 South Dearborn Street
Chicago, Illinois 60604                RE: Gary D. Lindesmith

The Honorable Judge R. Pallmeyer:

Your honor, this letter will be extremely easy for me to write on one hand and extremely difficult on the other. I am aware of the offense of which Gary is being charged; and that by far is the most difficult part. Having met Gary over 25 years ago, I have always known him to be a person of honor and high standards. We met due to our involvement with Pop Warner Little Scholars. I was president of the largest conference in the State of Illinois and later with Gary's help merged the other Conference into ours. I was visibly impressed with his leadership, discipline and honesty. He was not only a very good administrator but a coach who was admired by his peers and loved by his players. Gary was elected Vice-president of the Conference and when I retired after 14 years I recommended Gary run for President. He won and continued to lead the 35 cities and towns with dignity and fresh new ideas. His thoughts always were for the children.

Although there is a difference in our ages, we went out socially with our wives and found Gary most able to converse on many subjects; social issues, politics, sports, etc. We played golf approximately 6 times and found him always to be fun-loving and believe me, he counted all his strokes. He was always proud of his business acumen and strived to better himself for his family. Because of my profession I have known many people in my lifetime and believe me, your honor, I would not be surprised about some of them. But I truly believe that Gary got caught up in something of which he is not proud. It most assuredly surprised me knowing the individual. A person devoted to family and community is worthy of consideration.

Your Honor, I thank you for your time.

Very truly yours,
Richard M. Baczak
Funeral Director/Owner/Friend



# Phil Acton
## Football Coach, Retired
13812 S. Ironwood Dr.
Plainfield, IL  60544
815/293-1205

raiderfox@yahoo.com

April 24, 2008

United States District Court
Northeastern Division
Honorable Judge Rebecca R. Pallmeyer
Room 2178
219 South Dearborn Street
Chicago, Il   60604

The Honorable Judge R. Pallmeyer

On behalf of a very close friend I would like to share with you my feelings with regard to his character.  I have known Gary Lindesmith for over twenty (20) years and consider him as one of my best friends.  We first met when his son, Darrell, began playing football at Bolingbrook High School where I was the Head Coach and Gary was involved with the youth football program in the community.  As time passed we worked together in a variety of ways.  We coordinated and ran Youth Football Clinics, Youth Football Camps and shared many ideas on coaching, working with parents and especially our players.

Over the years our families have become close friends and try to spend time together as often as possible.  We have shared the situation that Gary is facing and from the beginning found it very difficult to believe the charges against him.  I have always known Gary to be an honest, hard-working, responsible individual who takes a great deal of pride in his work and is always willing to help others.  He is a devout Christian and I do not believe that a situation like this could ever exist in the future with Gary and his business.

In conclusion, let me state that having been a resident of Bolingbrook for well over twenty (20) years and a friend of Gary and his family the charges surprised me.  Yet, I have never had any doubt with regard to his complete honesty, character and his morals.

Respectfully

Phil Gordon Acton
13812 South Ironwood Drive
Plainfield, IL   60544

Age:  69
Occupation:  Teacher and Football Coach
Retired

# EXHIBIT 6

April 30, 2008

The Honorable Judge R. Pallmeyer,

My name is Steven Jay DeWitt. I am 40 years old and am the Senior Pastor of Bethel Church located in Crown Point, Indiana. I am writing on behalf of Mr. Gary Lindesmith who I have known for approximately 5 years as his pastor and friend. It has been made known to me that Gary has pled guilty to mail fraud and is under your court's jurisdiction.

I know both Gary and Noreen well. Gary came to our church through his wife's efforts and prayers and God has done a great work in him. It was a delight for me to see Gary become a Christian on Easter Sunday 2004. He was baptized that summer and has since joined our church. Gary has been very active in our church's ministries, faithful in Sunday attendance, and a source of encouragement to me as his pastor. Gary truly is one of the nice guys. He is a kind soul cared for by our church family and his gracious spirit has won him friends throughout the church.

Gary also has invested much time into the young people of our area through coaching football. He was an accomplished coach and known for his efforts and abilities in motivating young men having taken teams to high levels of success including his young team playing on ESPN.

This whole experience has been very difficult for Gary and those that love him. We are praying for an encouraging resolution.

I would be happy to discuss Gary with you personally should you like. I can be reached at 219.775.1818 or 219.663.9200.



Respectfully submitted,

Reverend Steven DeWitt
Senior Pastor
Bethel Church

BETHEL
CHURCH & MINISTRIES : 10202 Broadway : Crown Point, IN 46307 : 219-663-9200 : www.bethelweb.org

Kenneth A. Moss
3215 Franklin St.
Highland, IN 46322

April 29, 2008

United States District Court
Northeastern Division
Honorable Judge Rebecca R. Pallmeyer
Room 2178
219 South Dearborn Street
Chicago, Illinois 60604

The Honorable Judge R. Pallmeyer,

My name is Kenneth A. Moss. I am 45 years of age employed by Farm Bureau Insurance
as a Claim Adjuster. I first met Gary Lindesmith, five years ago, at our Pastor's home
during a dinner for new attendees. Gary's honesty concerning his faith amongst strangers
and a pastor was what first drew me to him as a friend and left me with an endearing
impression that has not diminished.

Over the past few years I have been at his baptism, attended bible studies with him, and
have been privileged to be his Kinship leader. Also, Gary and I are members of the
counting ministry at church where we are responsible for handling, counting, and
depositing the money collections for very sizable church donations averaging $50,000.
Gary has always conducted himself with integrity and professionalism, never once
causing me to question his honesty.

The following day after Gary Lindesmith was accused of fraud he called me and
informed me of the charges, the circumstances involved, and that he planned to plead
guilty. He also called the Pastor, Elders, and his customers one on one. He did not hide
from the charges nor make excuses for any of his actions only asked for our prayers and
understanding.

Over the past five years I have watched this man who first said he "lacked faith" become
the very essence of what a Christian should be honest, humble, teachable, repentant, and
courageous an example to us all who strive to put into action what we say we believe.

Sincerely,

Kenned a moss

Kenneth A Moss

May 3, 2008

United States District Court
Northeastern Division
Honorable Judge Rebecca R. Pallmeyer
Room 2178
219 South Dearborn Street
Chicago, Illinois 60604

The Honorable Judge R. Pallmeyer,

My name is Galen Christopher Carr and I serve as the Pastor of Administration at Bethel Church in Crown Point, IN. I have known Gary Lindesmith for four years. Gary has served and participated in numerous ministries under my leadership during his time at Bethel. I have been delighted to observe and experience Gary's growth in his walk with Jesus Christ during his time at Bethel and look forward to how he will continue to grow in the days ahead.

I am aware of the offense that Gary has admitted to and I regret his actions in this matter. At the same time, it is very apparent to me and other leaders in our church that Gary has repented for his actions and is seeking to make restoration in every manner that he is able. I do not expect him to repeat these actions nor find himself violating the law in any way in the future.

Gary has become a vital member of our church body and I expect his contribution to continue to increase the days ahead. I strongly endorse his character and the manner in which he has conducted himself throughout the challenge that is currently facing him. Thank you very much for your consideration.

Sincerely,

Galen Christopher Carr
Pastor of Administration
Bethel Church
10202 Broadway Ave
Crown Point, IN 46307

BETHEL
CHURCH & MINISTRIES : 10202 Broadway : Crown Point, IN 46307 : 219-663-9200 : www.bethelweb.org